

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RENAN VELA | : | Case No. 12-22981PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| TOMISLAV DRPIC | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 12-0924PM |
| | : | |
| RENAN VELA | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM AND ORDER

    Before the court is the Motion of Tomislav Drpic to compel the Defendant to respond to various discovery requests. The court held a hearing thereon and finds as a fact that the Defendant's discovery responses were inadequate, incomplete and evasive. Therefore, the Defendant shall, **within seven (7) days from the entry of this Order**, file a full and complete response to Interrogatories No. 13 and 14.

    Defendant will not have to file a response to Interrogatory No. 16, having admitted in open court that the Judgment of the County Court of Dallas County, Texas, is as alleged *res judicata* to the issue of fraud. Defendant's responses to Request for Admissions 10 through 15 are deemed as admissions to those requests..

Debtor-Defendant shall pay the sum of $900.00 to the Plaintiff's counsel **within fourteen (14) days from the entry of this Order** for the Plaintiff's costs incurred in the filing of this discovery motion.

IT IS SO ORDERED.

cc:
Michael A. Ostroff, Esq., 1738 Elton Road, Suite 105, Silver Spring, Maryland 20903
Asukwo M. Archibong, Esq., 914 Silver Spring, Suite 106, Silver Spring, Md 20910

**End of Memorandum and Order**